UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT WELCH and HEIDI WELCH, individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | No. 3:21-cv-5564-BHS<br><br>**STIPULATED MOTION TO REMAND** |

COMES NOW PLAINTIFFS AND DEFENDANT through their undersigned attorneys and hereby stipulate as follows:

**I. STIPULATION**

On or about June 24, 2021, Plaintiffs Brett and Heidi Welch filed a complaint for damages in the Pierce County Superior Court, Cause No. 21-2-06422-3. On August 5, 2021, Defendant Progressive Direct Insurance Company filed a notice of removal on the basis of diversity of jurisdiction and the amount in controversy exceeding the jurisdictional minimum of $75,000. On August 11, 2021, Plaintiffs Brett and Heidi Welch signed a stipulation waiving any entitlement to

STIPULATED MOTION TO REMAND - 1

1 any and all amounts in excess of $75,000 in this case. Accordingly, the jurisdictional threshold for

2 federal diversity jurisdiction under 28 U.S.C. § 1332 is not and will not be met. Accordingly, this

3 matter should be remanded to state court, Pierce County Superior Court Cause No. 21-2-06422-3, for

4 proceedings consistent with this stipulation.

6 DATED this 11th day of August, 2021.

8 LETHER LAW GROUP                                    RON MEYERS & ASSOCIATES PLLC

9 */s/ Thomas Lether*_____        _____
   */s/ Eric J. Neal*_____          _____
10 Thomas Lether, WSBA #18089                   _____
   Eric J. Neal, WSBA #31863                    Matthew G Johnson
11 1848 Westlake Ave N., Suite 100              Ron Meyers
   Seattle, WA 98109                            Tim Friedman
12 P: (206) 467-5444/F: (206) 467-5544           8765 Tallon Lane NE Suite A
   tlether@letherlaw.com                        Lacey, WA 98516
13 eneal@letherlaw.com                          P: (360-459-5600
   *Counsel for Defendant*                      matt.j@rm-law.us
14                                              ron.m@rm-law.us
                                                tim.f@rm-law.us
15                                              *Counsel for Plaintiffs*

STIPULATED MOTION TO REMAND - 2

## II.     ORDER

Based on the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the amount in controversy does not exceed the jurisdictional minimum of $75,000. It is further ORDERED, ADJUDGED AND DECREED that the above-captioned matter is remanded to Pierce County Superior Court Cause No. 21-2-06422-3 for further proceedings.

DATED this 23rd day of August, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Matthew G Johnson
Ron Meyers
Tim Friedman
Ron Meyers & Associates PLLC
8765 Tallon Lane NE Suite A
Lacey, WA 98516
matt.j@rm-law.us
ron.m@rm-law.us
tim.f@rm-law.us
*Counsel for Plaintiffs*

**By:**     ☐ **First Class Mail**     ☒ **ECF/Email**

Dated this 17th day of August at Seattle, Washington.

*/s/ Nico Schulz* _____
Nico Schulz | Paralegal

STIPULATED MOTION TO REMAND - 4

Lether Law Group
1848 Westlake Avenue N. Suite 100
Seattle, WA 98109
T: 206-467-5444 / F: 206-467-5544